IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 OCT 25 PM 1:53

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | | |
|---|---|---|
| WILLIAM W. ROBINSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 05-2584 Ml/An |
| FAIRBANKS CAPITAL CORPORATION, Successor in Interest to Sovran Equity Mortgage Corporation and SELECT PORTFOLIO SERVICING, INC., | ) ) ) ) ) | |
| Defendants. | ) ) | |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on October 4, 2005, by United States Magistrate Judge S. Thomas Anderson. In accordance with the deadlines established in that order, the trial and pretrial dates are set as follows before the District Court:

1. The non-jury trial in this matter is set to begin <u>Monday, October 16, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Tuesday, October 10, 2006 at 9:00 a.m.</u>

3. The joint pretrial order is due by no later than 4:30 p.m. on <u>October 3, 2006</u>.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-25-05



Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this 25 day of October, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02584 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

Kenny W. Armstrong
CHANCERY COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 308
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Lanier Fogg
LAW OFFICE OF R. LANIER FOGG
294 Washington Ave.
Memphis, TN 38103--191

Honorable Jon McCalla
US DISTRICT COURT